## Chester City, Appellant, *v.* Lane (No. 4).

Argued Nov. 17, 1903.   Appeal, No. 28, Oct. T., 1903, by plaintiff, from judgment of C. P. Delaware Co., June T., 1902, No. 32, for defendant on municipal lien in case of City of Chester to use of James Robinson et al. v. Fannie S. Lane. Before RICE, P. J., BEAVER, SMITH, PORTER, MORRISON and HENDERSON, JJ.   Affirmed.

OPINION BY RICE, P. J., March 14, 1904:

This case is ruled by the three preceding cases and for the reasons given in the opinions filed therein the judgment is affirmed.

Judgment affirmed.